IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT EDWARDS, et al.,** | : | CIVIL ACTION |
| *Plaintiffs,* | : | |
| | : | No. 23-1789 |
| v. | : | |
| **JBS SOUDERTON, INC.,** | : | |
| *Defendant.* | : | |

# ORDER

**AND NOW**, this 8th day of July, 2025, upon consideration of Defendant JBS Souderton, Inc.'s Partial Motion to Dismiss and Motion to Strike (ECF No. 55), and Plaintiffs' Response in opposition, it is hereby **ORDERED** that the Defendant's Motion is **GRANTED** in part and **DENIED** in part as follows:

Defendant's motion is granted with prejudice as to the following claims:

- Plaintiffs Edwards, Butts, Meyers, Jones, Prince, and H. Robinson's failure to promote claims.

- Plaintiff Prince's unlawful termination claims.

- Plaintiff's Edwards, Butts, Meyers, Megginson, Skinner, Prince, and J. Robinson's retaliation claims.

- Plaintiff Skinner's FMLA interference claim.

- Plaintiffs Skinner and Prince's FMLA retaliation claims.

The motion is denied as to the following claims:

- Plaintiff J. Robinson's hostile work environment claim.

- Plaintiff Skinner's unlawful termination claim.

- Plaintiff Skinner's failure to promote claim.

- Plaintiffs Edwards, Butts, Meyers, and Jones's failure to hire claims.

- Plaintiffs Myers, Jones, Megginson, Skinner, J. Robinson, and H. Robinson's disparate wage and overtime claims.

- Plaintiffs Butts, Jones, and J. Robinson's unlawful termination and demotion claims.

- Plaintiffs Jones and H. Robinson's retaliation claims.

The motion to dismiss/strike the class action allegations is also denied.

**BY THE COURT:**

*/s/   Mitchell S. Goldberg*
**Mitchell S. Goldberg,      J.**