**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT EDWARDS,** *et al.*, | : | **CIVIL ACTION** |
| *Plaintiffs,* | : | |
| | : | |
| **v.** | : | **No. 23-cv-1789** |
| | : | |
| **JBS SOUDERTON INC.,** | : | |
| *Defendant.* | : | |

**ORDER**

**AND NOW**, this **19th** day of **March 2026**, upon consideration of Defendant's Motion for Terminating Sanctions and Fees (the "Defendant's Motion") (ECF No. 98), Plaintiffs' Response in Opposition to Defendant's Motion for Terminating Sanctions (ECF No. 100), and Defendant's Reply in Support of Motion for Terminating Sanctions and Fees (ECF No. 101), it is hereby **ORDERED** as follows:

1. Defendant's Motion (ECF No. 98) is **GRANTED** for the reasons stated in the accompanying memorandum opinion. Defendant's request for attorney's fees and costs is **DENIED**.

2. Plaintiffs' Second Amended Complaint (ECF No. 48) is **DISMISSED WITH PREJUDICE** for the reasons stated in the accompanying memorandum opinion.

3. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　**/s/ Chad F. Kenney**

　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　**CHAD F. KENNEY, JUDGE**